CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 25 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT LEE JOHNSON, JR., | ) | Civil Action No. 7:16-cv-00005 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:  Glen E. Conrad |
| DR. JAMES ABROKWAH, | ) | Chief United States District Judge |
| Defendant(s). | ) | |

Robert Lee Johnson, Jr., proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered February 8, 2016, the court directed plaintiff, within 10 days from the date of the order, to return the signed consent to withholding of fees form in order to complete an application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described condition. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 25th day of February, 2016.

/s/ Glen E. Conrad
Chief United States District Judge