| | |
|---|---|
| ROBERT LEE JOHNSON, JR., ) | |
| Plaintiff, ) | Civil Action No. 7:16-cv-00005 |
| ) | |
| v. ) | DISMISSAL ORDER |
| ) | |
| DR. JAMES ABROKWAH, ) | By: Glen E. Conrad |
| Defendant(s). ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

ENTER: This 25th day of February, 2016.

_____
Chief United States District Judge